No. 02–487.  GENTILUOMO v. BRUNSWICK BOWLING & BILLIARDS CORP. ET AL.  C. A. Fed. Cir.  Certiorari denied. ■

No. 02–488.  KALAN v. CITY OF ST. FRANCIS, WISCONSIN. C. A. 7th Cir.  Certiorari denied.

No. 02–489.  JARROW FORMULAS, INC. v. NUTRITION NOW, INC. C. A. 9th Cir.  Certiorari denied.

No. 02–492.  NOLEN v. NUCENTRIX BROADBAND NETWORKS, INC., AKA HEARTLAND WIRELESS COMMUNICATIONS, INC., ET AL. C. A. 5th Cir.  Certiorari denied.

No. 02–496.  YETIV ET AL. v. CITY OF HOUSTON, TEXAS.  Ct. App. Tex., 1st Dist.  Certiorari denied.

No. 02–497.  LEEMING v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 02–499.  DREW v. TEXAS.  Ct. App. Tex., 14th Dist.  Certiorari denied.

No. 02–501.  LAMB-BOWMAN v. DELAWARE STATE UNIVERSITY. C. A. 3d Cir.  Certiorari denied.

No. 02–507.  MARTIN, SPECIAL ADMINISTRATOR OF THE ESTATE OF MARTIN, DECEASED, ET AL. v. SHAWANO-GRESHAM SCHOOL DISTRICT ET AL.  C. A. 7th Cir.  Certiorari denied. ■

No. 02–509.  SERVAIS ET AL. v. KRAFT FOODS, INC., ET AL. Sup. Ct. Wis.  Certiorari denied.

No. 02–510.  FERNANDES v. VIACOM, INC., ET AL.  Sup. Ct. Del.  Certiorari denied.

No. 02–511.  YOONESSI v. NEW YORK.  App. Div., Sup. Ct. N. Y., 4th Jud. Dept.  Certiorari denied.

No. 02–512.  UNITED HOSPITAL CENTER ET AL. v. GUIDA. Sup. Ct. App. W. Va.  Certiorari denied.